UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KANI LITTLE, *et al.*, | |
| Plaintiff, | CIVIL ACTION NO. 4:24-CV-2169 |
| v. | |
| DAUPHIN COUNTY, *et al.*, | (MEHALCHICK, J.) |
| Defendants. | |

## ORDER

**AND NOW**, on this 26th day of November 2025, for the reasons set forth in the Memorandum Opinion concurrently filed herewith, **IT IS HEREBY ORDERED** that Moving Defendants' motion for reconsideration is **DENIED**. (Doc. 45).

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**