**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KANI LITTLE; HECTOR RAMOS; JAMES PATTERSON, on their own behalf and on behalf of all others similarly situated; | : | Civil Action No. 4:24-cv-02169 |
| Plaintiffs, | : | (Judge Mehalchick)<br>(Magistrate Judge Latella) |
| v. | : | |
| DAUPHIN COUNTY; ET AL., | : | |
| Defendants. | : | |

## SCHEDULING ORDER

**AND NOW, this** 22 day of December, 2025, following the agreement of the parties, **IT IS HEREBY ORDERED THAT** the following case management deadlines are amended in the above-captioned action:

1. **First Consolidated Discovery.** Defendants are to produce documents in response to Plaintiffs' first consolidated discovery request by January 15, 2026.

2. **Joinder of Parties.** Any joinder of parties shall be accomplished by March 6, 2026.

3. **Amendments.** Amendments to the pleadings shall be filed by March 6, 2026. Said amendment shall be accompanied by either motion or written consent by adverse party, as required by Rule 15(a), Fed.R.Civ.P.

4. **Discovery.** All discovery shall be completed by December 4, 2026.

5. **Expert Reports.** Reports of Plaintiff's retained experts shall be produced by September 4, 2026. Reports of Defendant's retained experts shall be produced by October 9, 2026. Supplementations shall be due November 6, 2026.

Counsel are reminded that discovery disputes will be handled as follows: In the first instance, counsel should discuss, in good faith, an equitable resolution for their discovery disagreements. If this good faith discussion is unsuccessful, counsel shall place on the docket a letter describing the nature of the discovery dispute, the Court shall promptly schedule a conference call among all parties to discuss and resolve the dispute. If, after the conference call, the Court believes the issues need briefing by the parties, it will set down an appropriate briefing schedule. No written discovery motions are to be filed without leave of Court, and even then only following the above-noted procedure.

6. **Dispositive Motions.** All case dispositive motions shall be filed by February 19, 2027.

7. **Final Pretrial Conference and Trial.** Counsel have advised that they anticipate the case will be trial ready on May 1, 2027.

The Final pretrial conference and trial dates will be determined after the dispositive motion deadline has expired.

Counsel shall not cease active discovery pending disposition of any pretrial motions, including, but not limited to, motions to dismiss.

Should the parties enter into private mediation, the Court should immediately be notified of the proposed date for mediation. Additionally, if mediation is successful, counsel shall immediately notify the Court.

LEO A. LATELLA
United States Magistrate Judge