UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KANI LITTLE; HECTOR RAMOS; JAMES PATTERSON, on their own behalf and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　-against-<br><br>DAUPHIN COUNTY; GREGORY BRIGGS, Warden of Dauphin County Prison, in his Individual Capacity; LIONEL PIERRE, Chief Deputy Warden, in his Individual Capacity; ROGER LUCAS, Custody Major, in his Individual Capacity; MARK SKELTON, Lieutenant, in his Individual Capacity; and JOHN DOES No. 1-12, in their Individual Capacities,<br><br>　　　　　Defendants. | No.  4:24-Civ-2169 (KM) (LAL)<br><br>**[PROPOSED] ORDER FOR DEFENDANTS TO PRODUCE DISCOVERY RESPONSES** |

WHEREAS Plaintiffs served Defendants Dauphin County, Briggs, and Pierre their First Consolidated Set of Document Requests and Interrogatories on October 10, 2025;

WHEREAS the parties met for their Rule 26 conference on November 14, 2025;

WHEREAS Plaintiffs agreed to extend Defendants' time to serve responses to their requests to January 15, 2026;

WHEREAS Defendants responded to Plaintiffs' requests on January 15, 2026 with the production of approximately 500 documents and objections to Plaintiffs' requests;

WHEREAS the parties met and conferred on February 10, 12, and 17, 2026, and Defendants agreed to further produce responses in accordance with the below;

WHEREAS this Court held a telephone conference on April 2, 2026 (Doc. 68) to further discuss discovery disputes, and the parties agreed to a court-ordered discovery deadline for Defendants to make their agreed-upon responses by April 15, 2026;

**IT IS HEREBY ORDERED** that Defendants shall produce the following information and/or documents, to the extent it exists within Defendants' possession, custody, or control, by April 15, 2026:

- Interrogatory #1 – Name; rank; dates of assignment for all Dauphin County Prison (DCP) security staff on the Restricted Housing Unit (RHU) between 11/15/23 to 12/31/23.

- Interrogatory #2 – Name; job title; job description, if any, for all DCP maintenance staff employed and working between 11/15/23 to 12/31/23.

- Interrogatory #3 – Identify each utility system (water, electric, HVAC) that was disabled for more than 24 hours on the RHU between 11/15/23 to 12/31/23.

- Interrogatory #4 – Provide any paperwork for any use of force claims and/or disciplinary issues for Plaintiff Kani Little between 11/15/23 to 12/31/23; include the name of any DCP staff involved in same, if not already disclosed on the paperwork.

- Interrogatory #7 – Identify any illicit drugs discovered or reported in DCP between 11/15/23 to 12/31/23 on the RHU.

- Interrogatory #8 – Identify by name, date, rank, job duties, and length of employment any substantiated claims of DCP staff participating or facilitating the import of smuggling drugs into DCP between 11/15/23 to 12/31/23.

- Interrogatory  #9-#10 – Identify by name the DCP staff who conducted, authorized, or ordered the seizure of personal items (hygiene products; legal paperwork; writing materials; extra clothing; sneakers; sheets; pillows and blankets) as well as tablets on or about 11/21/23.

- Interrogatory #12 – For Plaintiffs Kani Little; Hector Ramos; and James Patterson identify each time they were let out of their cells for shower or recreation time between 11/15/23 to 12/13/23.  Include the date, time, and amount of time they were out of their cells.

- Interrogatory #13 – Identify generally the nature of all religious materials available, on the RHU between 11/15/23 to 12/31/23 (i.e. Bibles – 10; Torah – 12; Collection of pre-recorded sermons etc.)

- Interrogatory #14-#16 – Provide the following policies that were in place between 11/15/23 to 12/31/23: 1) any policy addressing the confiscation or seizure of inmate personal items; 2) any policy addressing how much shower/out of cell time inmates on the RHU were to receive; and 3) any policies addressing use of force by DCP staff; and/or discipline as it pertains to inmates.

- Interrogatory #17 – Defendants Gregory Briggs and Lionel Pierre's County cell phone numbers.  They will be designated for Attorneys' eyes only.

- Interrogatory #18 – Identify and provide any formal policy that details the complaint and/or grievance procedure in effect between 11/15/23 to 12/31/23.

- Request for Production #2 – All emails/text messages to or from Briggs or Pierre concerning conditions on the RHU between 11/15/23 to 12/31/23.

- Request for Production #3 – All documents concerning the inventory of hygiene products and drinking water on the RHU between 11/15/23 to 12/31/23.

- Request for Production #4 – Any DCP records for Little/Ramos/Patterson excluding medical records but include disciplinary records.

- Request for Production #5 – Any work orders; maintenance records; inspection reports or unit logbook entries concerning (heat; water; electricity; and sanitation) the RHU between 11/15/23 to 12/31/23.

- Request for Production #6 – Any General Orders in effect between 11/15/23 to 12/31/23 addressing 1) DCP Staff and their interactions with incarcerated persons as it relates to their job titles; 2) DCP Staff carrying out their duties of care; 3) Requirements under statutory law and/or common law; 4) Use of solitary confinement; 5) Electronic and physical mail; 6) Placement decisions and determinations concerning where incarcerated persons are kept during their time in DCP, including decisions to transfer persons inside of DCP to and from different cell units or blocks; and 7) use of force reporting.

- Request for Production #7 – Any grievances/complaints between 11/15/23 to 12/31/23 concerning conditions on the RHU (utility systems; temperature inside cell units; lack of bedding or clothing; water; treatment, use of force, medication, medical attention; food; water; out of

cell time; and seizure of personal items and tablets) initiated by Little/Ramos/Patterson.

- Request for Production  #8 – Any video depicting a use of force on Little while on the RHU between 11/15/23 to 12/31/23.

- Request for Production #9-#10 – Any disciplinary files for named Defendants between 11/15/23 to 12/31/23 excluding materials relating solely to lateness, timeliness, attendance, and/or shift staffing.

- Request for Production  #11-#12 – A Chain of Command Chart for DCP that would have been in place 11/15/23 to 12/31/23.

Dated: _____, 2026

SO ORDERED:

_____
Magistrate Judge Leo Latella