**Appendix A - List of Disputed Interrogatories and Document Requests**

1. Identify each and every member of DCP Staff who authorized, witnessed, reported, participated in, or documented any use of force or disciplinary action taken against any of the persons kept in RHUs during the Deprivation Period, including medical staff who treated any person for their injuries, and who the action was taken against, by name and inmate identifier.

2. Identify—by name, housing unit, date of placement in RHUs, status of incarceration (i.e., whether someone was being held pre-trial or convicted), reason for being kept in RHUs, and any inmate identifier—all persons who were kept in RHUs during the Deprivation Period for longer than 24 cumulative hours.

3. Identify any and all drugs that were discovered or reported in DCP including the name of the drug discovered, the date it was discovered, and the source of those drugs (if discovered) from January 1, 2020 to present.

4. Identify any and all DCP Staff— by name, date, rank, length of employment, job description, and responsibilities— who were found to have participated, facilitated, or conspired in the import or smuggling of drugs into DCP from  January 1, 2020, to present, and any action taken against those DCP Staff, if any.

5. Identify, during the Deprivation Period, each time incarcerated persons kept in the RHUs were let out of their cells, and specify dates they were let out, amount of time (in minutes and hours) persons were allowed out of their cells, and specify if only certain persons were allowed out, the name of those persons allowed out.

6. Identify all written DCP processes, protocols, and/or policies, in place from January 2023 to January 2024, concerning use of force and disciplinary action.

7. All documents identified in response to the interrogatories above.

8. Any and all Department of Correction records for people kept in the RHUs including but not limited to medical and disciplinary records.

9. Identify any and all DCP written policies, General Orders, training materials, or other written guidance concerning the following topics from January 2020 to present:

- o DCP Staff and their interactions with incarcerated persons as it relates to their job roles;

- o DCP Staff carrying out duties of care;

- o Requirements under statutory law and/or common law;

- o Use of solitary confinement;

- o Electronic and physical mail;

- o Placement decisions and determinations concerning where incarcerated persons are kept during their time in DCP, including decisions to transfer persons inside of DCP to and from different cell units or blocks;

- o and, use of force and use of force reporting.

10. Any and all grievances or written complaints received by DCP Staff, DCP administrators, DCP Stakeholders, or County Commissioners from November 15, 2023, to April 30, 2024, concerning the Deprivation Period, including but not limited to grievances or written complaints concerning environmental conditions, utility systems, temperature inside the cell units, lack of bedding or clothing, running water, treatment of incarcerated persons kept in RHUs, use of force, medication or medical attention, food and/or water, out-of-cell time (e.g., shower and recreation time), the Personal Item Seizure, and/or the Tablet Seizure, and any responses thereto or written communications related thereto.