# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KANI LITTLE; HECTOR RAMOS;  :
JAMES PATTERSON, on their own  :
behalf and on behalf of all others  :  Civil Action No. 4:24-cv-02169
similarly situated;  :
   :
   :
      Plaintiffs,  :  **JURY TRIAL DEMANDED**
   :
    v.  :
   :
DAUPHIN COUNTY; GREGORY  :
BRIGGS, Warden of Dauphin County  :
Prison, in his Individual Capacity;  :
LIONEL PIERRE; Chief Deputy  :
Warden, in his Individual Capacity;  :
ROGER LUCAS, Custody Major, in  :
his individual Capacity; MARK
SKELTON, Lieutenant, in his
Individual Capacity; and JOHN DOES
No. 1-12, in their Individual
Capacities,

      Defendants.

## SUBSTITUTION OF APPEARANCE

Please withdraw the appearance of Margaret Hu and enter the appearance of Nia Holston on behalf of Plaintiffs Kani Little, Hector Ramos, and James Patterson in the above-captioned matter.

Respectfully submitted,


/s/ Margaret Hu
ABOLITIONIST LAW CENTER

Bret Grote
Attorney ID: 317273
Nia Holston (*pro hac vice forthcoming*)
Attorney ID: 327384
Margaret Hu
Attorney ID: 334438
Abolitionist Law Center
990 Spring Garden, Suite 306
Philadelphia, Pennsylvania 19123
412-654-9070
bretgrote@alcenter.org
nia@alcenter.org
margo@alcenter.org

Dated: April 30, 2026

**CERTIFICATE OF SERVICE**

I, Margaret Hu, hereby certify that a true and correct copy of the foregoing Substitution of Appearance was filed via the Court's CM/ECF system on April 30, 2026, and therefore served on the following:

> Andrew Norfleet
> Jennifer Ruth
> Suzanne Tighe
> AWNorfleet@mdwcg.com
> jlruth@mdwcg.com
> sstighe@mdwcg.com
> 200 Corporate Center Drive
> Suite 300
> Camp Hill, PA 17011
>
> *Counsel for Defendants*

/s/ Margaret Hu
ABOLITIONIST LAW CENTER

Margaret Hu
Abolitionist Law Center
990 Spring Garden, Suite 306
Philadelphia, Pennsylvania 19123
412-654-9070
margo@alcenter.org