**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KANI LITTLE, *et al.*, | CIVIL ACTION NO. 4:24-CV-2169 |
| Plaintiffs, | |
| v. | (MEHALCHICK, J.) |
| DAUPHIN COUNTY, *et al.*, | |
| Defendants. | |

**ORDER**

**AND NOW**, on this 29th day of May 2026, upon consideration of Plaintiffs' Motion to Modify Scheduling Order and Extend Case Management Deadlines and any response thereto, **IT IS SO ORDERED** that the Motion is **GRANTED**. All case management deadlines in this matter will be stayed pending the disposition of the motion to compel.

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**