# EXHIBIT 2

DAUPHIN COUNTY PRISON - BLOCK LIST

12/02/2023

| NAME | DCP NUMBER | CELL LOCATION | COMMIT DATE |
|---|---|---|---|
| [redacted] | [redacted] | P5-003 | 05/01/2023 |
| [redacted] | [redacted] | P5-006 | 05/16/2023 |
| [redacted] | [redacted] | P5-005 | 04/10/2023 |
| [redacted] | [redacted] | P5-005 | 08/04/2023 |
| [redacted] | [redacted] | P5-003 | 06/17/2023 |
| [redacted] | [redacted] | P5-007 | 01/24/2023 |
| [redacted] | [redacted] | P5-002 | 02/12/2023 |
| [redacted] | [redacted] | P5-002 | 12/30/2022 |
| [redacted] | [redacted] | P5-007 | 12/16/2022 |
| [redacted] | [redacted] | P5-001 | 02/28/2022 |
| [redacted] | [redacted] | P5-008 | 10/28/2023 |
| [redacted] | [redacted] | P5-004 | 09/09/2023 |
| [redacted] | [redacted] | P5-001 | 09/07/2023 |
| [redacted] () | [redacted] | P5-008 | 11/08/2023 |
| [redacted] | | | |

DAUPHIN COUNTY PRISON - BLOCK LIST

12/13/2023

| NAME | DCP NUMBER | CELL LOCATION | COMMIT DATE |
|---|---|---|---|
| **Block: P6** | | | |
| [redacted] | [redacted] | P6-012 | 09/19/2023 |
| [redacted] | [redacted] | P6-003 | 09/03/2023 |
| [redacted] | [redacted] | P6-013 | 09/01/2023 |
| [redacted] | [redacted] | P6-003 | 11/08/2023 |
| [redacted] | [redacted] | P6-010 | 10/26/2023 |
| [redacted] | [redacted] | P6-015 | 10/25/2023 |
| [redacted] | [redacted] | P6-011 | 10/24/2023 |
| [redacted] | [redacted] | P6-001 | 10/24/2023 |
| [redacted] | [redacted] | P6-013 | 10/18/2023 |
| [redacted] | [redacted] | P6-014 | 03/01/2021 |
| [redacted] | [redacted] | P6-010 | 04/03/2020 |
| PATTERSON, JAMES KEITH () | 069395 | P6-006 | 10/10/2019 |
| [redacted] | [redacted] | P6-016 | 05/17/2022 |
| [redacted] | [redacted] | P6-016 | 05/09/2022 |
| [redacted] | [redacted] | P6-007 | 01/27/2023 |
| [redacted] | [redacted] | P6-014 | 02/13/2023 |
| [redacted] | [redacted] | P6-004 | 01/16/2023 |
| [redacted] | [redacted] | P6-008 | 03/07/2023 |
| [redacted] | [redacted] | P6-009 | 02/14/2023 |
| [redacted] | [redacted] | P6-004 | 12/14/2022 |
| [redacted] | [redacted] | P6-015 | 09/21/2022 |
| [redacted] | [redacted] | P6-002 | 10/19/2022 |
| [redacted] | [redacted] | P6-012 | 08/08/2023 |
| [redacted] | [redacted] | P6-006 | 06/13/2023 |
| [redacted] | [redacted] | P6-011 | 05/20/2023 |
| [redacted] | [redacted] | P6-002 | 05/18/2023 |
| [redacted] | [redacted] | P6-009 | 04/21/2023 |
| [redacted] | | | |

DAUPHIN COUNTY PRISON - BLOCK LIST

12/13/2023

| NAME | DCP NUMBER | CELL LOCATION | COMMIT DATE |
|---|---|---|---|
| [redacted] | [redacted] | P3-008 | 05/05/2023 |
| [redacted] | [redacted] | P3-007 | 05/25/2023 |
| [redacted] | [redacted] | P3-008 | 04/20/2023 |
| [redacted] | [redacted] | P3-002 | 03/22/2022 |
| [redacted] | [redacted] | P3-001 | 04/06/2022 |
| [redacted] | [redacted] | P3-006 | 08/26/2022 |
| [redacted] | [redacted] | P3-005 | 08/12/2020 |
| [redacted] | [redacted] | P3-003 | 06/04/2021 |
| [redacted] | [redacted] | P3-005 | 10/09/2023 |
| [redacted] | [redacted] | P3-007 | 09/06/2023 |
| [redacted] | | | |

[redacted]

Commited On:

[redacted]

Commited On:

Board memb

[redacted]

Commited On: Board member

Charge(s):

Bail:

| | Date Moved | Cell | Classification | Reason for Move |
|---|---|---|---|---|
| Initial | 12 | DF2 | max | Rel CIBS -Weldon |
| Re-Class | 5 23 | | | |

Chairman

Board Member

Board Member

Board member

Committed On: Charge(s): Bail:

| Date Moved | Cell | Classification | Reason for Move |
|---|---|---|---|
| 12 | P42 | max | Green R.H. |

Initial 12/18/23

Re-Class

Chairman

Board Member

Board Member

Board member

Committed On: Charge(s): Bail:

Date Moved Cell Classification Reason for Move

[redacted]

Committed On: Cl

[redacted]

Board member

Committed On: Charge(s): Bail:

[redacted]

| NAME | DCP NUMBER | CELL LOCATION | COMMIT DATE |
| --- | --- | --- | --- |
| [redacted] | | | |
| PATTERSON, JAMES J.D. | 054640 | D-104 | 01/11/2022 |
| [redacted] | | | |

Total Inmates: 74

DAUPHIN COUNTY PRISON - BLOCK LIST

11/12/2023

| NAME | DCP NUMBER | CELL LOCATION | COMMIT DATE |
| --- | --- | --- | --- |
| Block: D | | | |
| [redacted] | | | |
| PATTERSON, JAMES J 0 | 054840 | D-104 | 01/11/2022 |
| [redacted] | | | |

| NAME | DCP NUMBER | CELL LOCATION | COMMIT DATE |
| --- | --- | --- | --- |
| [redacted] | | | |

Total Inmates: 82