**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KANI LITTLE; HECTOR RAMOS; JAMES PATTERSON; on their own behalf and on behalf of all others similarly situated, | ) | CIVIL DIVISION |
| | ) | No: 4:24-cv-02169 |
| Plaintiffs, | ) | US Magistrate Judge Leo A. Latella |
| v. | ) | |
| | ) | **ELECTRONICALLY FILED** |
| DAUPHIN COUNTY; *et al*, | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

## ENTRY OF APPEARANCE

Kindly enter the appearance of the undersigned on behalf of Defendants, Dauphin County, Gregory Briggs, Lionel Pierre, Roger Lucas, and Mark Skelton, in the above matter.

Respectfully submitted,

**MARSHALL DENNEHEY, P.C.**

BY: /s/ *Kyle T. McGee*
KYLE T. McGEE, ESQUIRE
PA ID #205661
**Counsel for Defendants, Dauphin County, Gregory Briggs, Lionel Pierre, Roger Lucas, and Mark Skelton**
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh, PA 15219
(412) 803-1140, (412) 803-1188/fax
KTMcgee@mdwcg.com