IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KANI LITTLE; HECTOR RAMOS; JAMES PATTERSON, on their own behalf and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>DAUPHIN COUNTY; GREGORY BRIGGS, Warden of Dauphin County Prison, in his Individual Capacity; LIONEL PIERRE; Chief Deputy Warden, in his Individual Capacity; ROGER LUCAS, Custody Major, in his individual Capacity; MARK SKELTON, Lieutenant, in his Individual Capacity; and JOHN DOES No. 1-12, in their Individual Capacities,<br><br>Defendants. | No. 4:24-CV-02169-WIA<br><br>(Judge Mehalchik)<br><br>(Magistrate Judge Latella |

# ORDER

**AND NOW**, this_________day of___________, 2026, upon consideration of Plaintiffs' Motion to Lift Stay of Discovery and Modify Case Management Schedule, ECF No. 89, and any response thereto**, IT IS SO ORDERED** that the Motion is **GRANTED**.

Dated: _________, 2026

**BY THE COURT:**

**HON. KAROLINE MEHALCHICK**