**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KANI LITTLE, *et al.*<br>Plaintiffs,<br><br>v.<br><br>DAUPHIN COUNTY, *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 4:24-CV-2169<br><br>(Judge Mehalchick)<br><br>(Magistrate Judge Latella) |

## ORDER

**AND NOW**, this 10th day of November, 2026, upon consideration of the Plaintiffs' unopposed Motion to Lift Stay and Modify Case Management Schedule, and noting that Defendants concur in the request and that the dates are jointly proposed, **IT IS HEREBY ORDERED THAT**:

1) The Motion, (doc, 89), is GRANTED;

2) The Stay imposed on May 29, 2026, (doc. 82), is lifted;

3) The case management deadlines are modified as follows:
   a. Amendment of Pleadings/Joinder of Parties: 1/31/27
   b. Fact Discovery: 4/30/27
   c. Plaintiffs' Expert Reports: 5/31/27
   d. Defendants' Expert Reports: 6/30/27
   e. Supplementations: 7/31/27
   f. Motion for Class Certification: 9/30/27
   g. Dispositive Motions: 12/31/27

/s/ Leo A. Latella
LEO A. LATELLA
U. S. MAGISTRATE JUDGE